JDPA

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED 2008 AUG 25 AM 9:44
CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA
BY ______ DEPUTY

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** Plaintiff, v. **Vicente ARROYO-Perez,** Defendant | ) | Magistrate Docket No. '08 MJ 2605 COMPLAINT FOR VIOLATION OF: Title 8, U.S.C., Section 1326 Deported Alien Found in the United States |

The undersigned complainant, being duly sworn, states:

On or about **August 23, 2008** within the Southern District of California, defendant, **Vicente ARROYO-Perez,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Terri L. Dimolios
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 25th DAY OF **AUGUST, 2008**

William McCurine Jr.
UNITED STATES MAGISTRATE JUDGE

2/23/08

JDPA

**CONTINUATION OF COMPLAINT:**
**Vicente, ARROYO-Perez**

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On August 23, 2008, Border Patrol Agent S. Waite was performing his assigned duties in the Campo, California area. At approximately 11:00 p.m., Agent Waite was notified of a seismic sensor activation in an area located approximately six miles east of the Tecate, California Port of Entry and approximately 100 meters north of the United States/Mexico International Boundary.

Upon arriving in the area, Agent Waite observed fresh footprints leading northbound. After following the footprints for approximately ten minutes, Agent Waite encountered a group of eight individuals, including one later identified as the defendant, **Vicente ARROYO-Perez**, attempting to conceal themselves in the surrounding brush. Agent Waite approached the group of eight individuals, identified himself as a Border Patrol Agent, and questioned the eight individuals as to their citizenship, nationality, and immigration status. All eight individuals, including the defendant, admitted to having entered the United States without inspection, and that they are citizens and nationals of Mexico. They also stated that they were not in possession of immigration documents that would allow them to enter or remain in the United States legally. At approximately 11:20 p.m., Agent Waite arrested all eight individuals, including the defendant, and transported them to the Tecate, California Processing Facility for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **August 20, 2008** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico illegally present in the United States. The defendant further admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally.

**Executed on August 24, 2008, at 9:00 a.m.**

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendants named in this probable cause statement committed the offense on **August 23, 2008**, in violation of Title 8, United States Code, Section 1326.

Peter C. Lewis
United States Magistrate Judge

8-24-08 @ 11:20 a.m.
Date/Time